# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KYLE DAVID RIX, ) ) Plaintiff, ) ) v. ) ) FUJITSU TRANSACTION SOLUTIONS INC., ) FUJITSU AMERICA, INC., AND SOLAI & ) CAMERON, INC., ) ) Defendant. ) | Civil Action No.: 3:16-cv-03313 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kyle Rix, Defendant Fujitsu America, Inc., and Defendant Solai & Cameron, Inc. have resolved the above-captioned matter and request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Court dismiss this action with prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| s/ Roland Mumford (w/permission) | s/ Pamela R. Irons |
| Roland Mumford (TN Bar No. 026495) | O. John Norris, III (TN Bar No. 017504) |
| LAW OFFICES OF ROLAND MUMFORD & ASSOC. | Pamela R. Irons (TN Bar No. 023707) JACKSON LEWIS P.C. |
| 242 West Main Street, No. 223 | 999 Shady Grove Road, Suite 110 |
| Hendersonville, TN 37075 | Memphis, TN 38120 |
| Telephone: (615) 348-0070 | Telephone: (901) 462-2600 |
| Facsimile: (614) 246-4110 | Facsimile: (901) 462-2626 |
| Email: roland@mumfordlaw.net | Email: norrisj@jacksonlewis.com |
| | ironsp@jacksonlewis.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT SOLAI & CAMERON, INC. |

s/ Shana G. Fonnesbeck (w/permission)
Eric Stevens (TN Bar No. 010632)
Shana G. Fonnesbeck (TN Bar No. 029162)
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: (615) 383-3033
Facsimile: (615) 383-3323
Email: estevens@littler.com
      sfonnesbeck@littler.com

ATTORNEYS FOR DEFENDANT
FUJITSU AMERICA, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that I have, this 16th day of October, 2017, I filed the foregoing document using the Court's CM/ECF filing system, which will automatically send e-mail notification of such filing to the following counsel of record:

        Roland Mumford (TN Bar No. 026495)
        LAW OFFICES OF ROLAND MUMFORD & ASSOC.
        242 West Main Street, No. 223
        Hendersonville, TN 37075
        Telephone: (615) 348-0070
        Facsimile: (614) 246-4110
        Email: roland@mumfordlaw.net

        ATTORNEY FOR PLAINTIFF

        Eric Stevens (TN Bar No. 010632)
        Shana G. Fonnesbeck (TN Bar No. 029162)
        LITTLER MENDELSON, P.C.
        333 Commerce Street, Suite 1450
        Nashville, TN 37201
        Telephone: (615) 383-3033
        Facsimile: (615) 383-3323
        Email: estevens@littler.com
              sfonnesbeck@littler.com

        ATTORNEYS FOR DEFENDANT
        FUJITSU AMERICA, INC.

                s/ Pamela R. Irons
                Counsel for Defendant, Solai & Cameron, Inc.

4844-0519-5857, v. 1