UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KYLE DAVID RIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:16-cv-03313 |
| | ) JUDGE CRENSHAW |
| FUJITSU AMERICA, INC., and | ) |
| SOLAI & CAMERON, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 38). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE